PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 12, 2016**

SEAN F. McAVOY, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Lugene Howe                    Case Number: 0980 2:16CR00044-JTR-1

Name of Sentencing Judicial Officer:  The Honorable John T. Rodgers, U.S. Magistrate Judge

Date of Original Sentence: April 27, 2016        Type of Supervision: Probation

Original Offense: Theft of Government Property, 18    Date Supervision Commenced: April 27, 2016
U.S.C. § 641

Original Sentence: Probation - 60 months          Date Supervision Expires: April 26, 2021

## PETITIONING THE COURT

To add the condition of probation as follows:

21        While on probation, monetary penalties are payable on a monthly basis of not less than
          $100 per month, beginning 30 days after the offender has commenced probation.

### CAUSE

On April 27, 2016, Ms. Howe was sentenced by Your Honor to 5 years probation, after pleading guilty to Theft of Government Property, in violation of 18 U.S.C. § 641, a Class A Misdemeanor.

The Court ordered the restitution payment amount be determined by U.S. Probation, based on the defendant's ability to pay.  On May 4, 2016, Ms. Howe met with U.S. Probation and agreed to make a monthly restitution payment in the amount of $100, commencing June 1, 2016.

Respectfully submitted,

by    s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer
Date:  May 12, 2016

Prob 12B
**Re: Howe, Lugene**
**May 12, 2016**
**Page 2**

THE COURT ORDERS

[  ]     No Action
[  ]     The Extension of Supervision as Noted Above
[X]     The Modification of Conditions as Noted Above
[  ]     Other

_____
Signature of Judicial Officer

May 12, 2016
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

21   While on probation, monetary penalties are payable on a monthly basis of not less than $100 per month, beginning 30 days after the defendant has commenced probation.

Witness: _____     Signed: _____
               Corey M McCain                              Lugene Howe
            U.S. Probation Officer                   Probationer or Supervised Releasee

_____
5 - 11 - 16
Date